**Miachel H. HICKS, Plaintiff—
Appellant,**

v.

**Hilda L. SOLIS, Secretary of Labor;
Robert Hardman, District Manager,
Defendants—Appellees.**

**No. 12–1151.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Miachel H. Hicks, Appellant Pro Se. Fred B. Westfall, Jr., Assistant United States Attorney, Charleston, West Virginia, for Appellees.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miachel H. Hicks appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action without prejudice for failure to prosecute. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hicks' informal brief does not challenge the basis for the district court's disposition, Hicks has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*